IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                  Criminal Action No.
                                                         21-00121-03-CR-W-DGK

CLINTON PATT,

          Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Stealing from a Licensed Dealer, in violation of 18 U.S.C. §§ 922(u) and 924(i)(1)

                                      Count Three    Possession of Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2)

**TRIAL COUNSEL**:
        Government:   Joseph Marquez
            Case Agent:   Steven Gravate, ATF
        Defendant:     Willis Toney

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:     10-15 without stipulations
        Defendant:        4 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government:   20-25 exhibits
        Defendant:     no additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (   ) Definitely for trial                    (   ) Possibly for trial
        ( x ) Motion to continue may be filed    ( x ) Possibly a plea will be worked out

**TRIAL TIME**: **5 days**
    Government's case including jury selection: 4 days
    Defense case: 1 day

**STIPULATIONS**:
    ( x )   uncertain at this time
    (   )   not likely
    (   )   not appropriate
    (   )   likely as to:
        (   )   chain of custody
        (   )   chemist's reports
        (   )   prior felony conviction
        (   )   interstate nexus of firearm
        (   )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:   May 23, 2022
    Defense:        May 23, 2022
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   May 23, 2022
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   May 23, 2022

**TRIAL SETTING**:   Criminal jury trial docket commencing June 6, 2022

**OTHER**:
    (   )   A _____-speaking interpreter is required.
    (   )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                        */s/ Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge